# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40715
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PEDRO LAGUNA-ALDACO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:13-CR-109-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Pedro Laguna-Aldaco raises issues that he concedes are foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 559-62 (5th Cir.) (en banc), *cert. denied*, 134 S. Ct. 512 (2013). Accordingly, Laguna-Aldaco's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.